UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Corian Jones,

Inmate ID Number: 455651,

Plaintiff,
*(Write the full name and inmate ID number of the Plaintiff.)*

2nd Amended

Case No.: 3:21cv3414/MCR/EMT
*(To be filled in by the Clerk's Office)*

v.

John Doe 1, ET. AL,

Defendants,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial Requested?
☑ YES  ☐ NO

[Stamp: Florida Correctional Institution — MAR 30 2022 — Received for mailing by G.W.]

FILED USDC FLND PN
APR 4 '22 PM2:35 GM

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Corian Jones    ID Number: 455651

List all other names by which you have been known: King Yehudah Ben Yahweh, from the family of YIS-ra-el

Current Institution: Union Correctional Institution

Address: P.O. Box 1000, Raiford FL, 32083

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: John Doe #1

   Official Position: Correctional Officer

   Employed at: Santa Rosa Correctional Institution

   Mailing Address: 5850 East Milton Road
   Milton FL, 32083

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: John Doe #2

   Official Position: Correctional Officer

   Employed at: Santa Rosa Correctional Institution

   Mailing Address: 5850 East Milton Road

   Milton FL, 32583

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

3. Defendant's Name: ~~N/A~~

   Official Position: ~~N/A~~

   Employed at: ~~N/A~~

   Mailing Address: ~~N/A~~

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee   ☐ Civilly Committed Detainee

☑ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☐ Other *(explain below)*:

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

1) This is an action for damages under 42 U.S.C. §1983 and §1988...

2) This court has jurisdiction under 28 U.S.C. §1331 and §1343...

3) Venue is asserted in the Northern District of Florida, Pensacola Division, because Defendants are found, and cause of action arose here...

4) Plaintiff Jones Corian, is and was at all times mentioned an adult citizen of the Unite States...

5) Plaintiff Jones Corian was confined at Santa Rosa Correctional Institution address from March 2017 to December 2019...

6) Defendant, John Doe #1 is employed at Santa Rosa Correctional Institution as a (rank of) correctional officer for the Florida Department of Corrections...

7) Defendant, John Doe #2 is employed at Santa Rosa Correctional Institution as a (rank of) correctional officer for the Florida Department of Corrections...

8) This action arises under, and brought pursuant to 42 U.S.C §1983 to remedy the deprivation under the color of state law, or rights guaranteed by the 8th and 14th Amendments to the United States

**Statement of Facts Continued** *(Page 2 of 5)*

Constitution. This Court has Jurisdiction over this action pursuant to 28 U.S.C. § 1331...

9) The cause of action arose in the Northern District of Florida, Pensacola Division therefore, venue is proper under 28 U.S.C § 1391(B)...

10) All individual defendants named above acted under color of law and within the course and scope of their employment...

## Statement of Facts

1) On July, 2019, Plaintiff Corian Jones was waiting inside of his cell to go to the shower when defendant #1 placed him in hand restraints from the back (C.M. II policy and procedures)...

2) Inmate Michael Hodge DC#D47593 was waiting in the back of the cell until Plaintiff hands was cuffed before he initiate the assault...

3) Plaintiff Jones allows John Doe #1 to place him in hand restraints and was stepping to the side to allow his roommate Michael Hodge the same opportunity to cuff up before going to the shower...

4) As soon as Plaintiff Jones cuffs up and was stepping to the back of the cell, Inmate Michael Hodge punched him in the face and throws him on the bunk where he repeatedly punched him in the face area...

5) Inmate Hodge gets bored of punching Plaintiff Jones in the face and decides to cause more bodily harm by going inside of his

laundry bag and pulls out a homemade knife 7½ inch long...

6) Plaintiff tries to defend himself by using his feet to keep Inmate Hodge at bay due to being in hand restraints he has no choice but to allow Inmate Hodge to stab him "8" times in the neck, stomach, chest and leg areas...

7) Defendant John Doe #1 and #2 just stood there and watched Inmate Hodge as the attack continues to intensify...

8) Audio, audio can be heard as Plaintiff Jones yells at the officers to help him...

9) Defendant #2 decides after a couple minutes into the assault and Plaintiff cry for help to spray the chemical agent inside the cell with false intentions to stop the assault but to no avail...

10) Inmate Hodge continues the assault by landing blow after blow into the face of the Plaintiff causing his jaw to be broken and eyes close shut...

11) After 20 or 30 minutes into the assault Inmate Hodge decides he's had enough and throws the bloody knife out of the cell...

12) Defendant John Doe #1 and #2 handcuffs Inmate Hodge and takes him out of the cell and leaves Plaintiff Jones inside the cell suffering from his injuries for another "5 to 10" minutes...

13) Defendant John Doe #1 and #2 then comes back to the cell and escorts Plaintiff Jones to the shower where he remains for another 30 or 40 minutes...

14) Video Evidence will show Plaintiff Jones asking the officers for medical attention to no avail...

15) Plaintiff Jones has been bleeding for over an hour and was starting to feel light headed when he was forced to lay down inside a germ infested shower floor when finally security officers show up with the shield and ran into the shower to put Plaintiff Jones in hand restraints...

16) Video evidence will show officers grab Plaintiff Jones and carry him into the Sally port where the medical stretcher was waiting...

17) Officers rush Plaintiff Jones into the medical lobby where

the Captain orders the nurse to glue up his wounds...

18) Nurse Gray advises the Captain that it is not safe to just patch up the Plaintiff's wounds because one of the stab wounds was in the stomach area and the knife was 7 1/2 inches long...

19) Nurse Gray has to lie to the head Doctor about Plaintiff Jones temperature being to low just to get him the proper medical attention at the out side hospital...

20) Plaintiff Jones was rushed to an out side hospital where he had to go into emergency surgery due to his injuries...

21) After four hours of surgery Plaintiff Jones has to remain on life support for an additional "6" days until he finally wakes up out of the coma...

22) Plaintiff Jones stays at the hospital for a total of "10" days until he was able to suck his food through a straw on his own free will...

23) Plaintiff Jones was transported back to Santa Rosa Main Unit where he was placed inside the infirmary for 2 1/2 months until he makes a recovery...

24) Plaintiff Jones still suffers physical and emotional distress in recalling the physical abuse that was allow by John Doe #1 and #2...

25) Plaintiff Jones is entitled of relief against these Officers for violation of the Eight Amendment of the United States Constitution as a result of the assault that took place in their presence on July 17, 2019, and their failure to intervene and prevent the assault by Michael Hodge, failure to take steps much less any reasonable ones makes the Defendant liable...

26) Plaintiff Jones suffered swollen face, eye, broken Jaw, head trauma, "8" stab wounds, bruises that were red and purple and lasted for weeks and were painful, punctured lung, nerve damage in the lip and wrist, thus affecting Plaintiff way of life...

27) Plaintiff Jones also suffered humiliation and mental anguish, emotional trauma and panic attacks...

Statement of Facts Continued (page 5 of 6)

28) Plaintiff Jones now files this complaint, ~~Civil~~ suit, against the above-name defendant for their deliberate indifference to harm Plaintiff throughout the above mentioned period...

29) Plaintiff Jones has no plain adequate or completed remedy at law to redress wrongs described herein,

30) Plaintiff Jones is entitled to punitive damages against Defendants John Doe #1 and #2...

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1) Plaintiff, Corian Jones brings this lawsuit under 42 U.S.C § 1983 against Correctional Officer John Doe #1 in his individual capacity, for his failure to protect Plaintiff Jones from Inmate Michael Hodge #D47593 physical assault on July 17, 2019 in the matter to cause great bodily harm, head trauma, contusions to face, ribs, back, laceration 3 x 1.5, (Cont)

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

(A) Issue a declaratory stating that
1) The physical unnecessary assault that took place in the presence of Defendant John Doe #1 and #2, on July 17, 2019, violated plaintiff's rights under the 8th Amendment to the Unite States Constitution...
2) Compensatory damages in the amount of $150,000 against Defendant John Doe #1 only...
3) Compensatory damage in the amount of $150,000 against Defendant John Doe #2 only...
(Cont)

NDFL Pro Se 14 (Rev 8/21) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms
7

V. Statement of Claim (Continue page 2 of 2)

punctured lung, broken jaw, nurve damage to lip and wrist, maliciously and Sadistically officer John Doe #1 allowed Plaintiff to be assalted by Inmate Michael Hodge DC# D47593 from 8:45 pm to 9:30 pm on July 17, 2019 for the very purpose to cause harm to Plaintiff... Defendants actions are prohibited by the Eighth Amendment of the Unite States Constitution... Under video evidence ~~assault~~ took place...

2) Plaintiff Corian Jones, brings this lawsuit under 42 U.S.C. $ against Correctional Officer John Doe #2 in his individual capacity, for his deliberate indifference when he failed to protect Plaintiff Jones from Inmate Michael Hodge DC# D47593 physical assault on July 17, 2019 in the matter to cause great bodily harm, head trama, contusions to face, ribs, back, laceration 3 x 1.5, punctured lung, broken Jaw, nurve damage to lip and wrist, Maliciously and Sadistically officer John Doe #2 allowed Plaintiff to be assaulted by Inmate Michael Hodge DC# D47593 from 8:45 pm to 9:30 pm on July 17, 2019 for the very purpose to cause harm to plaintiff... Defendants actions are prohibited by the Eight Amendment of the Unite States Constitution...

3) The Florida Department of Corrections requires the care, custody, and control of an Inmate, under their supervision by an "employee" 100% of the time. Florida Administrative Code 33-208.001...

4) A Supervisor may be liable under $1983 for their actions, if they exhibit Deliberate Indifference to an inmates safety... Deliberate Indifference exist where there is a substantial risk of serious harm to an inmate, and the prison official knows of the risk and witness an attack disregards it by failing to take steps to prevent harm to the inmate... Correctional officer John Doe #1 and John Doe #2 watched Plaintiff be assaulted for (30) minutes on July 17, 2019 and did nothing to stop Inmate Michael Hodge DC# D47593...

VI. Relief Requested Continue (page # 2 of 2)

4) Plaintiff also seeks punitive damage in the amount of $240,000 against all Defendants sued individually, attorney fees pursuant to 42 U.S.C. § 1988 and cost of litigation...

5) A trial by Jury on all issues so triable such relief as Justice may require as the court may deem just and proper...

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____ Case #:_____
   Court: _____ N/A _____

2. Date:_____ Case #:_____
   Court:_____

3. Date:_____ Case #:_____
   Court:_____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES  ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:___N/A___ Parties: ___N/A___

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____ N/A

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason:_____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____ N/A

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

3. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*:_____

Reason: _____

4. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*:_____

Reason: _____

N/A

5. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*:_____

Reason: _____

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*:_____

Reason: _____

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.***)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3/30/22  Plaintiff's Signature: _Corian Jones_

Printed Name of Plaintiff: _Corian Jones DC# 455651_

Correctional Institution: _Union Correctional Institution_

Address: _P.O. Box 1000_
_Raiford Fl, 32083_

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the __30__ day of __March__, 20__22__.

Signature of Incarcerated Plaintiff: _____

USPS
ZIP 320
02 4W
000037

Mailed from a State
Correctional Institution

Corian Jones DC#455651
Union Correctional Institution
P.O. Box 1000
Raiford FL 32083

US District Court
1 North Palafox Street
Pensacola, FL 32502

