UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CORIAN JONES,
    Plaintiff,

vs.                                      Case No.:  3:21-cv-3414/MCR/ZCB

TIMOTHY EDSON &
PAUL NEWLAND,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 18, 2024. (Doc. 68).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 68) is adopted and incorporated by reference in this order.

2. The Defendants' Motion to Dismiss, (Doc. 54), is **GRANTED**. Plaintiff's complaint is **DISMISSED** for failure to exhaust.

1

3. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 24th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**